IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**MARY WELLS**,

 Plaintiffs,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS, INC.**,

 Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

---

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Dillon Companies, LLC d/b/a King Soopers, Inc., by and through its counsel, Katie B. Johnson and Laura LaVigne, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    Dillon Companies, LLC d/b/a King Soopers, Inc. ("Dillon Companies") is the Defendant in the above titled action, originally filed in the District Court, Arapahoe County, Colorado, Case No. 2026CV031648.  On or about June 17, 2026, Plaintiff, Mary Wells ("Ms. Wells") filed her Complaint and Jury Demand in Arapahoe County District Court, Colorado.  The Complaint seeks recovery of damages as to Dillon Companies based on allegations of premises liability for alleged injuries she sustained

1

entering the subject Defendant's store.  *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.      Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a)(1).

3.      The present action is between citizens of different states.  Ms. Wells is a citizen of the State of Colorado.  *See* **Exhibit A** at ¶ 1.  According to Westlaw Public People Search Map, Plaintiff has lived in the State of Colorado since at least 2000, and has vehicles registered to her at her address of 16049 E. Radcliff Place, Apartment B, Aurora, CO.   Ms. Wells is also registered to vote in Colorado, listed at the same address.  Defendant Dillon Companies is a citizen of the State of Ohio.  *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2.

4.      The amount in controversy exceeds $75,000.  Plaintiff claims to have suffered bodily injuries; past and future economic and non-economic damages.  *See* **Exhibit A** at ¶¶ 20, 21, 22, and the WHEREFORE paragraph.  Specifically, Plaintiff alleges physical injuries including fracture of her left distal ulna and fracture of the left distal radius, due to the alleged incident.  **Exhibit A**, at ¶ 21.  Upon information and belief, Plaintiff alleges her injuries, damages, and losses attributable to the alleged incident exceed $75,000.  *See* **Exhibit C,** Civil Cover Sheet showing Plaintiff seeks

2

more than $100,000.00 in damages; *see also Paros Properties, LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the cover sheet.")

5.      Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b).   Dillon Companies has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal.  Dillon Companies was served with Plaintiffs' Complaint and Jury Demand in this matter on June 18, 2026.    *See* **Exhibit D**.   Thus, Dillon Companies's Notice of Removal is due July 18, 2026.

### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.      Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached.  Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Arapahoe.  *See* **Exhibit E**.  The process, pleadings, and orders are captioned as follows:

**Exhibit A**        Complaint and Jury Demand

**Exhibit B**        State of Colorado Secretary of State for Dillon Companies

**Exhibit C**        District Court Civil (CV) Case Cover Sheet for Initial
Pleading of Complaint, Counterclaim, Cross-Claim or Third

Party Complaint

**Exhibit D**        Return of Service on Dillon Companies;

**Exhibit E**        Notice of Intent to Remove

**Exhibit F**        Register of Actions, Arapahoe County

8.      Dillon Companies has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Arapahoe in Civil Action No. 2026CV031648.  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel.  The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Dillon Companies, LLC d/b/a King Soopers, Inc. respectfully requests that this case be removed from the District Court for the County of Arapahoe, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 6th day of July, 2026.

_/s/ Katie B. Johnson_
Katie B. Johnson
Laura LaVigne
Sutton | Booker | P.C.
4949 S. Syracuse St., Ste. 500

4

Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  kjohnson@suttonbooker.com
llavigne@suttonbooker.com
*Attorneys for Defendant Dillon Companies,*
*LLC d/b/a King Soopers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2026, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J. Caplis
Adeline Mager
The Dan Caplis Law Firm, LLC
Plaza Tower One Penthouse
6400 S. Fiddlers Green Circle, Ste. 2200
Greenwood Village, CO 80111
*Attorneys for Plaintiff*

*/s/   Carrie J. Gordon*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*

5